DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

8 DECEMBER 2016

| 244P16 | State v. Sandra Meshell Brice | 1. State's Motion for Temporary Stay (COA15-904) | 1. Allowed **06/28/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| 246P16-3 | State v. Christopher Charles Friscia, The Trust, and Maria Adriana Friscia, The Trust | Defs' *Pro Se* Motion to Reconsider | Dismissed |
| 248P16 | Friday Investments, LLC as Successor in Interest to Tisano Realty, Inc. v. Bally Total Fitness of the Mid-Atlantic, Inc. f/k/a Bally Total Fitness of the Southeast, Inc. f/k/a Holiday Health Clubs of the Southeast, Inc. as Successor in Interest to Bally Fitness Corporation; and Bally Total Fitness Holding Corporation | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA15-680) | 1. Allowed |
| | | 2. Defs' Motion to Amend PDR | 2. Allowed |
| 249P16 | Kevin Gerity v. North Carolina Department of Health and Human Services | 1. Petitioner's PDR Under N.C.G.S. § 7A-31 (COA15-843) | 1. Denied |
| | | 2. Petitioner's Petition for *Writ of Certiorari* to Review Decision of COA | 2. Denied |
| 256P16-2 | State v. Jonathan James Newell | 1. Def's *Pro Se* Motion for Appeal (COAP16-233) | 1. Dismissed |
| | | 2. Def's *Pro Se* Petition for *Writ of Mandamus* | 2. Denied |
| | | 3. Def's *Pro Se* Second Petition for *Writ of Mandamus* | 3. Denied |